IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE CALDERON,

        Plaintiff,

v.

DR. MAGDY DANIEL; DR. LAWRANCE GAMBOA; DR. JONG MOOM; DR. MAISABEL MATHOS; DR. M. MAYS; DR. B. PHI; DR. P. ROUCH; DR. JASMIN BIOL; DR. N. SIEGRIST,

        Defendants.

No. C 18-7044 WHA (PR)

**ORDER OF TRANSFER**

        This is a civil rights case brought pro se by a state prisoner. He complains of the medical care he has received over the past nine years. He has not been incarcerated, nor has he received medical treatment, in prisons within this district since nine years ago. Since that time, he has been incarcerated at Corcoran State Prison, Avenal State Prison, and Valley State Prison, all of which are located in the Eastern District of California.

        When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it

might have been brought." 28 U.S.C. § 1404(a).

Nearly all of the events giving rise to plaintiff's claims took place in the Eastern District of California, and nearly all of the defendants are located there. The two defendants that are located within this district — Drs. Daniel and Gamboa — are alleged to have provided inadequate medical care approximately nine years ago. Those claims are almost certainly untimely, but even if they are not, they form a small part of this case. For the convenience of the parties and witnesses, and in the interest of justice, this case is **TRANSFERRED** to the Eastern District of California. *See* 28 U.S.C. § 1404(a). Ruling on the motion to proceed in forma pauperis is deferred to the Eastern District.

The clerk shall transfer this case forthwith.

**IT IS SO ORDERED.**

Dated: February 4, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE