# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE CALDERON,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE GAMBOA, et al.,<br><br>Defendants. | Case No. 1:19-cv-00167-AWI-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 22) |

On November 20, 2019, Plaintiff filed what the Court construes as a notice stating that Plaintiff voluntarily dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 22). Therefore, this action has been terminated.[1] Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **November 21, 2019**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] "Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

1